AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Adelman, Terry I. | **2. Court or Organization**<br><br>Eastern District of Missouri | **3. Date of Report**<br><br>04/11/2014 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☐   Amended Report | **6. Reporting Period**<br><br>01/01/2013<br>to<br>12/31/2013 |
| **7. Chambers or Office Address**<br><br>Thomas F. Eagleton Courthouse<br>111 So. Tenth Street, 15.174<br>St. Louis, MO 63102 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adelman, Terry I. | 04/11/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 1/1/13 | to 12/31/13-- ▮ Salary --Private Law Practice |
| 2. | 1/1/13 | to 12/31/13-- ▮ State of Missouri Pension |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adelman, Terry I. | 04/11/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ▓ Amazon Com Inc Com | | None | J | T | | | | | |
| 2. ▓ Apple | A | Dividend | J | T | | | | | |
| 3. ▓ AT&T Inc | B | Dividend | K | T | Buy (add'l) | 12/10/13 | J | | |
| 4. ▓ Bank of New York | A | Dividend | J | T | Buy | 08/28/13 | J | | |
| 5. ▓ Berkshire Hathaway B | | None | L | T | | | | | |
| 6. ▓ Comcast | A | Dividend | J | T | | | | | |
| 7. ▓ Conoco Phillips | A | Dividend | J | T | | | | | |
| 8. ▓ Ebay | | None | J | T | | | | | |
| 9. ▓ Energy Transfer Ptnrs | | None | J | T | Buy | 03/27/13 | J | | |
| 10. ▓ Exxon Mobil Corp | C | Dividend | M | T | | | | | |
| 11. ▓ Facebook | | None | J | T | | | | | |
| 12. ▓ Frontier Comm | A | Dividend | | | Sold | 06/28/13 | J | | |
| 13. ▓ Glaxo Smith Kline | A | Dividend | J | T | Buy | 05/22/13 | J | | |
| 14. ▓ McDonalds | A | Dividend | J | T | | | | | |
| 15. ▓ Microsoft | D | Dividend | M | T | | | | | |
| 16. ▓ Nextera Energy | A | Dividend | J | T | | | | | |
| 17. ▓ Panera Bread | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adelman, Terry I. | 04/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Pepco Hldgs | A | Dividend | J | T | | | | | |
| 19. Pfizer | B | Dividend | K | T | | | | | |
| 20. Phillips 66 | A | Dividend | J | T | | | | | |
| 21. PPL Corp | A | Dividend | J | T | Buy | 10/08/13 | J | | |
| 22. Priceline | | None | K | T | | | | | |
| 23. Sirius Sat | | None | J | T | | | | | |
| 24. Starbucks | A | Dividend | J | T | | | | | |
| 25. Teva Pharma | A | Dividend | J | T | | | | | |
| 26. Twitter | | None | J | T | Buy | 12/10/13 | J | | |
| 27. Verizon | B | Dividend | K | T | | | | | |
| 28. Visa | A | Dividend | J | T | | | | | |
| 29. Vodaphone | A | Dividend | J | T | | | | | |
| 30. Walmart | A | Dividend | J | T | | | | | |
| 31. American New Persp. Fund | B | Dividend | M | T | Buy (add'l) | 12/10/13 | J | | |
| 32. Blackrock National Municipal Bond | A | Dividend | J | T | | | | | |
| 33. DWS Muni Bond Fund | A | Dividend | J | T | | | | | |
| 34. Franklin High Yield Tax Free Income Fund | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adelman, Terry I. | 04/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ▮ Nuveen Intm Duration | A | Dividend | J | T | | | | | |
| 36. ▮ Beaver Valley Ranch | A | Dividend | J | T | | | | | |
| 37. ▮ US Savings Bonds | A | Interest | K | T | | | | | |
| 38. ▮ US Bank | B | Interest | K | T | | | | | |
| 39. ▮ Merrill-Lynch CMA Fund | B | Interest | L | T | | | | | |
| 40. ▮ ML Retirement Res- MLB&T Rasp | A | Dividend | J | T | | | | | |
| 41. ▮ Allianz Sm Cap--IRA + ▮ IRA | A | Dividend | J | T | | | | | |
| 42. ▮ American Amcap Fd Cl C - IRA | A | Dividend | J | T | | | | | |
| 43. ▮ Amer Euro Pacific FD-IRA | A | Dividend | J | T | | | | | |
| 44. ▮ Amer New World Fund--IRA + ▮ IRA | A | Dividend | J | T | | | | | |
| 45. Blackrock Equity | A | Dividend | K | T | | | | | |
| 46. ▮ IRA--Blackrock High Income Corp. Bond Fund | A | Dividend | | | Sold | 12/10/13 | J | A | |
| 47. Davis NY Fund Venture--IRAs & ▮ IRA | A | Dividend | K | T | | | | | |
| 48. Hotchkis & Wiley Large -- ▮ IRA | A | Dividend | | | Sold | 12/10/13 | J | A | |
| 49. JP Morgan MidCap Value Cl C-IRA & ▮ IRA | A | Dividend | K | T | | | | | |
| 50. Allianz NFJ--IRA, Small Cap & Dividend (2 funds) | A | Dividend | J | T | | | | | |
| 51. MFS Value Fund--IRA + ▮ IRA | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adelman, Terry I. | 04/11/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Oppenheimer Global Fund IRA | A | Dividend | K | T | | | | | |
| 53. ▪ American Growth Fund--IRA | A | Dividend | J | T | | | | | |
| 54. ▪ Columbia Midcap Val--IRA | A | Dividend | J | T | | | | | |
| 55. ▪ DWS Dreman Val --IRA | A | Dividend | J | T | | | | | |
| 56. Ivy Asset Strategy--IRA & ▪ IRA | B | Dividend | J | T | | | | | |
| 57. ▪ Munder Midcap Core--IRA | A | Dividend | J | T | | | | | |
| 58. ▪ Van Eck Global-- Self and ▪ IRA | | None | | | Sold | 12/10/13 | J | A | |
| 59. ▪▪▪ IRAs--Google | | None | J | T | | | | | |
| 60. ▪ State of Missouri Deferred Comp Plan | A | Interest | J | T | | | | | |
| 61. Social Security Pension (X) | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adelman, Terry I. | 04/11/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Terry I. Adelman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544